1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

In Re:

8

LLS AMERICA, LLC,

9

Debtor,

10

BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,

11

12

Plaintiff,

13

v.

14

HELEN JORDAN and KAREN MILLER,

15

16

Defendants.

NO:  CV-13-22-RMP

Bankr. Case No. 09-06194-PCW11

Adv. Proc. No. 11-80248-PCW11

ORDER OF DISMISSAL WITH PREJUDICE

17

18

19

20

The corresponding Bankruptcy case number 09-06194-PCW11, adversary number 11-80248, has been dismissed pursuant to FRCP 41.  Accordingly, this Court hereby dismisses the District Court case with prejudice and without costs or

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

fees to any party.  Any pending motions are denied as moot; any pending court dates are stricken.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order, enter judgment accordingly (not in favor of any party) and to provide copies to counsel and to pro se Defendants.

**DATED** this 20th day of August 2013.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge