# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

IN Re: LLS AMERICA, LLC,
Debtor
BRUCE P. KRIEGMAN,              )
*Plaintiff*                      )
v.                              )   Civil Action No.  CV-13-022-RMP
                                )
HELEN JORDON AND KAREN MILLER,  )
                                )

*Defendant*

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The corresponding Bankruptcy case number 09-06194-PCW11, adversary number 11-80248, has been dismissed pursuant to FRCP 41. Accordingly, this Court hereby dismisses the District Court case with prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: August 20, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Switzer
*(By) Deputy Clerk*

Cheryl Switzer